NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MANDINGO BOOBYYAA,                 )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No. 2D18-2068
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
_____ )

Opinion filed March 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Nick Nazaretian,
Judge.

Mandingo Boobyyaa, pro se.


PER CURIAM.


          Affirmed.


VILLANTI, KHOUZAM, and SALARIO, JJ., Concur.